1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  MJ 13-149 |
| Plaintiff, | |
| v. | |
| WILABALDO HERNANDEZ-PARDO, | DETENTION ORDER |
| Defendant. | |

Offense charged:

Count 1:    Conspiracy to Distribute a Controlled Substance, in violation of 21
U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846

Count 2:    Possession with Intent to Distribute Methamphetamine, in violation of
21 U.S.C.§§ 841(a)(1), 841(b)(1)(B), and 18 U.S.C. § 2

Date of Detention Hearing:  March 19, 2013

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

defendant is a flight risk and a danger to the community based on the nature of

the pending charges.  Application of the presumption is appropriate in this case.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

2.      An immigration detainer has been placed on defendant by the United States

Immigration and Customs Enforcement.

3.      Defendant has stipulated to detention, but reserves the right to contest his

continued detention if there is a change in circumstances.

4.      There are no conditions or combination of conditions other than detention that

will reasonably assure the appearance of defendant as required or ensure the

safety of the community.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the

Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3)     On order of a court of the United States or on request of an attorney for the

government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the

purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this 20th day of March, 2013.

_James P. Donohue_

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2